The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MURUGANANANDAM ARUMUGAM, <br><br> Defendant. | NO. CR19-041RSL <br><br> [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE |

The parties' stipulated motion is GRANTED.

IT IS HEREBY ORDERED that the government's responses to Dkt 43 and 44 shall be due November 8, 2019, and any replies shall be due November 29, 2019.

DATED this 2nd day of October, 2019.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

s/ Cecelia Y. Gregson
CECELIA Y. GREGSON
MATTHEW P. HAMPTON
Assistant United States Attorneys

s/ Jesse Cantor
JESSE CANTOR
MOHAMMAD ALI HAMOUDI
Assistant Federal Public Defenders

ORDER EXTENDING TIME - 1
U.S. v. Arumugam, CR19-041 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970