UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MURUGANANANDAM ARUMUGAM,<br><br>Defendant. | CASE NO. CR19-041 RSL<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE AND CASE MANAGEMENT ORDER |

This matter comes before the Court following an October 2, 2019, status conference hearing during which a joint motion to continue the trial date until March 16, 2020, was granted due to the nature of the pending motions and need for additional time for trial preparation. Dkt. #50. Having considered the facts articulated by the parties, and defendant's knowing and voluntary waiver, the Court finds as follows:

1. The Court adopts the facts represented by the parties; specifically, that the parties need additional time to respond and reply to pending defense motions to suppress evidence, defense counsel needs additional time to review discovery and conduct investigations. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds that the additional time requested between November 12, 2019, and the proposed trial date of March 16, 2020, is a reasonable period of delay, as the parties need adequate time to respond and reply to pending defense motions to suppress, and defense counsel needs additional time to review discovery and conduct and investigations. The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including April 1, 2020, Dkt. #51, which will permit trial to start on March 16, 2020, per the parties' joint request.

IT IS HEREBY ORDERED that the trial date be continued from November 12, 2019, to March 16, 2020.

IT IS FURTHER ORDERED that the period of time from the current trial date of November 12, 2019, up to and including April 1, 2020, shall be excludable time pursuant to the 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

//
//
//
//

Previously, the Court issued a Case Management Order when this matter was set for trial on May 6, 2019. Dkt. #23. When trial was continued until November 12, 2019, no further Case Management Order was issued. The Court issues a case management scheduling order establishing the following deadlines, consistent with the Local Rules:

| | |
|---|---|
| Pretrial motions | February 10, 2020 |
| Exchange of Exhibit Lists | March 2, 2020 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | March 6, 2020 |

DATED this 4th day of October, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge