The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MURUGANANANDAM ARUMUGAM,<br><br>Defendant. | NO. CR19-041RSL<br><br>[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE |

The parties' stipulated motion is GRANTED.

IT IS HEREBY ORDERED that the government's responses to Dkt. 43 and 44 shall be due November 15, 2019, and any replies shall be due December 6, 2019.

DATED this 5th day of November, 2019.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Cecelia Y. Gregson*
CECELIA Y. GREGSON
MATTHEW P. HAMPTON
Assistant United States Attorneys

*s/ Jesse Cantor*
JESSE CANTOR
MOHAMMAD ALI HAMOUDI
Assistant Federal Public Defenders

ORDER EXTENDING TIME - 1
*U.S. v. Arumugam*, CR19-041 RSL