UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MURUGANANANDAM ARUMUGAM,<br><br>　　　　　Defendant. | NO. CR19-41RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The Evidentiary Hearing scheduled for the pending motions to suppress is rescheduled from January 16, 2020 to **March 3, 2020 at 9:00 a.m.** in Courtroom 15106 before the Honorable Robert S. Lasnik, United States District Judge.

DATED this 25th day of November, 2019.

*s/Michael Williams for*
Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

MINUTE ORDER