JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR19-041-RSL |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING THE UN-<br>) OPPOSED MOTION FOR<br>) EXTENSION OF TIME |
| MURUGANANANDAM<br>ARUMUGAM, | ) |
| Defendant. | ) |

The Court has considered the motion for extension of time and the files and records herein.

The Court GRANTS the motion. IT IS HEREBY ORDERED that the Defense reply briefs relating to Dockets 43 and 44 shall be due on January 31, 2020.

DONE this 6th day of December, 2019.

*MWr S Caznik*

Robert S. Lasnik
United States District Judge

Presented by:

s/ *Jesse Cantor*
s/ *Mohammad Hamoudi*
Assistant Federal Public Defender
Attorney for Muruganandam Arumugam

ORDER TO EXTEND TIME
(*USA v. Arumugam* / CR19-041-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**