The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MURUGANANANDAM ARUMUGAM,<br><br>Defendant. | NO. CR19-041 RSL<br><br>[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE |

The parties' stipulated motion is GRANTED.

IT IS HEREBY ORDERED the government's response to Dkt 67 is due January 17, 2020, and Defendant's replies in support of Dkt 43, 44 are due February 14, 2020.

DATED this 10th day of January, 2020.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Cecelia Y. Gregson*
CECELIA Y. GREGSON
MATTHEW P. HAMPTON
Assistant United States Attorneys

*s/ Jesse Cantor*
JESSE CANTOR
MOHAMMAD ALI HAMOUDI
Assistant Federal Public Defenders

ORDER EXTENDING TIME - 1
*U.S. v. Arumugam*, CR19-041 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970