The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-041RSL |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S MOTION TO FILE A RESPONSE IN EXCESS OF 12 PAGES |
| MURUGANANANDAM ARUMUGAM, | |
| Defendant. | |

The Court having reviewed the Government's Motion to File a Response in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The Government may file a response to Defendant's motion to compel discovery (Dkt 67) that does not exceed twenty-seven pages.

DATED this 22nd day of January, 2020.

*[signature]*

ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Cecelia Y. Gregson*
CECELIA Y. GREGSON
Special Assistant United States Attorney

Order to File a Memorandum in Excess of 12 Pages - 1
*United States v. Arumugam*, CR19-041RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970