The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MURUGANANANDAM ARUMUGAM,<br><br>Defendant. | CASE NO. 19-CR-041-RSL<br><br>ORDER ON CONTINUANCE OF TRIAL |

THIS COURT having considered the Motion of the United States for a continuance of the trial date and the facts set forth therein, and General Order 01-20 of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, which is incorporated herein by reference, hereby FINDS as follows:

1. In light of the rapidly increasing spread of Coronavirus Disease 2019 (COVID-19) with the Western District of Washington, the recommendations made by the Centers for Disease Control and Prevention (CDC) and Public Health for Seattle and King County that individuals at higher risk of contracting this disease – including individuals with underlying health conditions, individuals age 60 and older, and individuals who are pregnant – avoid large groups of people, at this

Order on Continuance of Trial
*US v. Arumugam* CR19-041 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

time, it would be difficult, if not impossible, to get a jury pool that would represent a fair cross section of the community. Based on the recommendations it would also be medically inadvisable to do so.

2. Because of these facts, the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweighs the best interest of the public and the defendant to a speedy trial.

IT IS THEREFORE ORDERED that trial in this matter is now continued until May 18, 2020. To the extent that the community health issues and impact on the jury pool has not abated by that date, a further continuance will be considered.

IT IS FURTHER ORDERED that the period time from the date of this order up to and including the date now set for this trial, shall be excludable time pursuant to 18 U.S.C. § 3161.

Dated this 13th day of March, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Cecelia Y. Gregson*
CECELIA Y. GREGSON
Special Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4325
Fax: 206-553-4073
E-mail: cecelia.gregson@usdoj.gov

Order on Continuance of Trial
*US v. Arumugam* CR19-041 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970