# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MURUGANANANDAM ARUMUGAM, <br><br> Defendant. | Case No. 19-CR-41-RSL <br><br> ORDER CONTINUING TRIAL |

Having considered the record and General Order 02-20 for the Western District of Washington, the Court finds that trial in this case can no longer proceed on the currently scheduled date of May 18, 2020.

For the reasons set forth in the Court's March 13, 2020 Order (Dkt. #120) and in General Order 02-20, the Court finds that the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice. For these reasons, the ends of justice served by continuing the trial in this case outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that trial in this matter is now continued until June 22, 2020. To the extent that the community health issues and impact on the jury pool have not abated by that date, a further continuance will be considered.

IT IS FURTHER ORDERED that the period of time from the date of this Order up to and including June 22, 2020, shall be excludable time pursuant to 18 U.S.C. § 3161, because the

ORDER CONTINUING TRIAL - 1

1  ends of justice served by granting this continuance outweigh the best interests of the public and
2  the defendant in a speedy trial.

        DATED this 18th day of March, 2020.


                                          *signature*
                                          Robert S. Lasnik
                                          United States District Judge

ORDER CONTINUING TRIAL - 2