The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MURUGANANANDAM ARUMUGAM,<br><br>Defendant. | NO. CR19-041RSL<br><br>ORDER REGARDING BRIEFING SCHEDULE |

The parties' stipulated motion is GRANTED.

IT IS HEREBY ORDERED that the Defense response to Dkt. 130 shall be due August 28, 2020, and any repy shall be due September 4, 2020. The Clerk of Court is directed to re-note on the court's calendar the Government's motion at Dkt. 130 to September 4, 2020.

DATED this __14th__ day of August, 2020.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

/s/ Cecelia Y. Gregson
CECELIA Y. GREGSON
MATTHEW P. HAMPTON
Assistant United States Attorneys

ORDER EXTENDING TIME - 1
U.S. v. Arumugam, CR19-041 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  */s/ Jesse Cantor*
2  JESSE CANTOR
   MOHAMMAD ALI HAMOUDI
3  Assistant Federal Public Defenders

ORDER EXTENDING TIME - 2
*U.S. v. Arumugam*, CR19-041 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970