The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-041 RSL |
| Plaintiff, | SEALING ORDER |
| v. | |
| MURUGANANANDAM ARUMUGAM, | |
| Defendant. | |

Having considered the records of this case and the United States' Second Status Report, the Court finds there are compelling reasons to file this motion and order under seal. Accordingly, the United States' sealing motion is GRANTED.

IT IS SO ORDERED.

DATED this __4th__ day of __January__, 2021.

*(signature)*
ROBERT S. LASNIK
United States District Judge

SECOND STATUS REPORT - 1
*United States v. Arumugam,* CR19-041 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970