UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MURUGANANANDAM ARUMUGAM,<br><br>Defendant. | Case No. CR19-041-RSL<br><br>ORDER CONTINUING TRIAL DATE |

This matter comes before the Court on the government's "Motion for an Order Addressing the Continuance of the Trial." (Dkt. # 171). Defendant opposes the government's motion on speedy trial grounds. Dkt. # 172. Having considered the parties' submissions and the remainder of the record, the Court finds as follows:

1. On April 5, 2019, the Court granted defendant's unopposed motion to continue his original trial date of May 6, 2019 to November 12, 2019 to allow defense counsel reasonable time necessary for effective preparation. Dkt. # 28.

2. On October 4, 2019, the Court granted the parties' joint motion to continue the trial date until March 16, 2020 due to the nature of the pending motions and need for additional time for trial preparation. Dkt. # 52.

3. From March 13, 2020 to April 5, 2021, the Court, three times acting *sua sponte* and four times over defendant's objection on speedy trial grounds, struck the trial date once and continued the trial date seven times, ultimately to July 19, 2021, due to the COVID-19 pandemic

ORDER CONTINUING TRIAL DATE - 1

and corresponding Western District of Washington General Order Nos. 01-20, 02-20, 03-20, 07-20, 08-20, 11-20, 13-20, 15-20, 18-20, 04-21.  Beginning in its Order issued on September 9, 2020, the Court also noted that defendant was incarcerated in King County Jail pending trial in King County Superior Court.  Dkts. # 120, 121, 126, 143, 144, 147, 159, 165.

4. From July 12, 2021 to October 28, 2021, the Court, once over defendant's objection on speedy trial grounds, continued the trial date twice, ultimately to February 28, 2022, on the grounds that defendant's detention in King County Jail pending trial in King County Superior Court rendered him unavailable to appear for trial in the above-captioned matter.  Dkts. # 167, 170.

5. Defendant's trial is currently scheduled for February 28, 2022.  The government requests a continuance to September 12, 2022.  Dkt. # 171.

6. The Court adopts the facts set forth in the government's motion: in particular, that as of January 26, 2022, defendant's three state sex offenses are set to be separately tried in three trials beginning on March 8, 2022 in King County Superior Court, and defendant remains detained in King County Jail.  Id.; see also King Cty. Dep't of Adult & Juvenile Det., Jail Inmate Lookup Service, https://dajd-jms.powerappsportals.us/public/subject-lookup/ (last visited Feb. 4, 2022).  The Court therefore finds that proceeding with an earlier trial in the above-captioned matter would likely be impossible or would result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

7. Due to defendant's pending King County Superior Court trials, the Court specifically finds that the ends of justice served by continuing the trial in this case outweigh the best interest of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

8. The Court also finds that defendant's incarceration in another jurisdiction pending state trials renders him unavailable to appear for trial in the above-captioned matter on the February 28, 2022 trial date previously scheduled.  Pursuant to 18 U.S.C. § 3161(h)(1)(B), the delay resulting from defendant's trials in King County Superior Court constitutes a period of delay that the Court will exclude for speedy trial purposes.

ORDER CONTINUING TRIAL DATE - 2

9. The Court, however, notes that the government's proposed trial date of September 12, 2022 accounts for the completion of defendant's three state trials, sentencing proceedings that may follow, and defendant's return to federal custody. In the event that defendant is acquitted in his state trials, state sentencing proceedings will not occur. If defendant is returned to federal custody earlier than the government projects, the Court will consider rescheduling defendant's trial in the above-captioned matter to an earlier date.

IT IS HEREBY ORDERED that the trial date shall be continued from February 28, 2022 to September 12, 2022, and pretrial motions are to be filed no later than July 29, 2022;

IT IS FURTHER ORDERED that the period of time from the date of this Order, up to and including the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

IT IS FURTHER ORDERED that the Court will conduct a status conference regarding the trial date after defendant's King County Superior Court trials have concluded. Within seven days of the conclusion of the King County Superior Court's trials, the parties are directed to notify the Court.

DATED this 4th day of February, 2022.

Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE - 3