The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>MURUGANANANDAM ARUMUGAM,<br><br>                              Defendant. | CASE NO.  CR19-041 RSL<br><br>ORDER CONTINUING<br>PRETRIAL MOTIONS<br>DATE |

THIS COURT having considered the Stipulated Motion of the parties for a continuance of the pretrial motions date and the facts set forth therein, hereby FINDS as follows:

1. The defendant's Court of Appeals Division I appeal following his convictions of multiple child sex offenses was heard by a panel of Division I judges on January 10, 2024.

2. A decision from Division I is anticipated shortly and the parties are in agreement that an extension of the Pretrial Motions date to February 9, 2024, would benefit their respective abilities to fully litigate matters before the Court.

//

Order Continuing Pretrial Motions Date
*U.S. v. Arumugam* CR19-041 RSL - 1

IT IS FURTHER ORDERED the Pretrial Motions deadline is extended to February 9, 2024.

DATED this 25th day of January, 2024.

JUDGE ROBERT S. LASNIK
United States District Judge

Presented by:
/s/ Cecelia Gregson
CECELIA GREGSON
Assistant United States Attorney

Order Continuing Pretrial Motions Date
*U.S. v. Arumugam* CR19-041 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970