Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-00041-RSL |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL |
| v. | |
| MURUGANANANDAM ARUMUGAM, | |
| Defendant. | |

Appointed counsel's motion to withdraw as defendant's counsel came on regularly for hearing, and, the Court being fully advised, GRANTS the motion, orders that Stephan R. Illa is terminated as defendant's counsel, and directs CJA Administration to locate substitute counsel for Mr. Arumugam.

DATED this 8th day of March, 2024.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL – 1
[US v. Arumugam, 2:19-cr-00041-RSL]

LAW OFFICES OF STEPHAN R. ILLA, P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142
THESTEPHANATOR@MSN.COM