UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MURUGANANANDAM ARUMUGAM,<br><br>Defendant. | Case No. CR19-41RSL<br><br>ORDER SETTING TRIAL DATE |

This matter comes before the Court on defendant's "Stipulated Motion to Set Trial Date" (Dkt. # 208). Having considered the defendant's stipulated request and knowing and voluntary waiver (Dkt. # 208-1), the Court finds as follows:

1. The Court adopts the facts set forth in the stipulated motion: in particular, that new counsel was recently appointed (Dkt. # 204), and he requires a reasonable period of time to prepare for trial. The Court accordingly finds that a failure to grant the motion would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant the motion would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds that the requested trial date of November 12, 2024 is a reasonable delay. The Court finds that the proposed trial date provides counsel with the necessary time to

prepare for trial, to continue to investigate the matter, to gather evidence material to the defense, and to consider possible defenses.

4. The Court further finds that the new trial date would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including November 26, 2024, *see* Dkt. # 280-1, which will permit his trial to start on November 12, 2024.

IT IS HEREBY ORDERED that the trial date shall be November 12, 2024, and pretrial motions are to be filed no later than October 14, 2024;

IT IS FURTHER ORDERED that the period of time from the date of this Order, up to and including the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 1st day of April, 2024.

Robert S. Lasnik
United States District Judge