Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MURUGANANADAM ARUMUGAM,<br><br>Defendant. | CASE NO. CR19-041 RSL<br><br>ORDER DISMISSING SECOND SUPERSEDING INDICTMENT WITHOUT PREJUDICE |

The Court, having reviewed the Unopposed Motion to Dismiss the Indictment Without Prejudice, enters the following order:

IT IS HEREBY ORDERED that the Second Superseding Indictment in this case is dismissed without prejudice.

Dated this  26th  day of April, 2024.

*[signature]*

ROBERT S. LASNIK
United States District Judge

Presented by:

*/s/ Cecelia Y. Gregson*
CECELIA Y. GREGSON
Assistant United States Attorney

Order Dismissing Indictment Without Prejudice
*United States v. Arumugam, CR19-041 RSL* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970